```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

WENDELL TAYLOR                                          PETITIONER

VS.                                       CRIMINAL NO. 3:08-cr-12(DCB)
                                          CIVIL NO. 3:16-cv-108(DCB)

UNITED STATES OF AMERICA                                RESPONDENT

<u>ORDER</u>

This cause is before the Court on defendant/petitioner Michael James Barnes's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (docket entry 22 in cause no. 3:08-cr-12). Having conducted the preliminary review required by Rule 4 of the Rules Governing Section 2255 Proceedings for the United States Courts, the Court finds that the Government should be required to "file an answer, motion or other response" as required by Rule 4. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney for the Southern District of Mississippi shall, on or before March 13, 2017, respond to the defendant/petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

SO ORDERED, this the 9th day of February, 2017.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE